IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| 1524948 ALBERTA LTD, an Alberta, Canada corporation d/b/a Terra Marketing Group, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. |
| v. | : : | 1:10-CV-2735-HTW |
| AMANDA LEE, an individual, et al., | : : | |
| Defendants. | : | |

ORDER OF COURT

After reviewing the pleadings in the above-styled action, the Court has determined that the undersigned RECUSES himself from the above styled case.

IT IS ORDERED that the clerk reassign this case to another Judge, and further DIRECTS that no replacement case be assigned to him.

SO ORDERED, this 7th day of September, 2010.

          s/*HORACE T. WARD*
          HORACE T. WARD, SENIOR JUDGE
          UNITED STATES DISTRICT COURT